MARGARET A. MOESER, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER, Chief, International Unit
JONATHAN BAUM, Senior Trial Attorney
BARBARA Y. LEVY, Trial Attorney
JOSHUA L. SOHN, Trial Attorney
Criminal Division
United States Department of Justice
    1400 New York Avenue, N.W., 10th Floor
    Washington, D.C. 20530
    Telephone: (202) 353-9759
    Email:  barbara.levy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>ALL FUNDS ON DEPOSIT IN BANK PRIVÉE EDMOND DE ROTHSCHILD ACCOUNT NUMBERS '0610 and '1751,<br><br>　　　　Defendants. | No. 2:20-CV-5912-DSF (BFMx)<br><br>**PLAINTIFF'S OCTOBER 2025 STATUS REPORT** |

On July 1, 2020, Plaintiff United States of America (the "government") government initiated this civil forfeiture action (the "Action") against All Funds on Deposit in Account Number '0610 held by Vasco Investment Services SA at Bank Privée Edmond de Rothschild ("Bank Rothschild") and All Funds on Deposit in Account Number '1751 held by Eagle Strategic Investment Fund (B) at Bank Rothschild (the "Defendant Assets"), alleging that the Defendant Assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 981 (a)(1)(C). (DN 1).

1

Beginning on July 9, 2020, notice of this Action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules").  (See DN 20). Accordingly, the time to file a claim and answer for all interested parties expired on September 7, 2020.

From July 29, 2020, to December 1, 2020, direct notice of the Action was sent to the known potential claimants, Eagle Strategic Fund SPC, Khadem Abdulla Al Qubaisi ("Qubaisi"), and Vasco Investment Services SA.  Accordingly, the time to file a claim and answer for Eagle Strategic Fund SPC, Mr. Qubaisi, and Vasco Investment Services SA expired on October 22, 2020, November 16, 2020, and January 5, 2021, respectively, and the time for filing an answer expired on November 12, 2020, December 7, 2020, and January 26, 2021, respectively.

At the time of the filing of the Action, the Defendant Assets were located in Luxembourg.  On July 16, 2020, the Court issued a warrant for arrest *in rem* for the Defendant Assets pursuant to Supplemental Rule G(3)(c).  (DN 15).  Copies of the verified complaint, notice, and the arrest warrant *in rem* in this Action were received and served by the Central Authority of Luxembourg, pursuant to the 1997 Treaty between the Government of the United States and the Government of the Grand Duchy of Luxembourg on Mutual Legal Assistance in Criminal Matters ("MLAT").

On January 28, 2021, a Default by Clerk was issued. (DN 21).

The government continues to assess the propriety of moving for a final order of forfeiture in light of the Court's prior decision in related 1MDB case *United States v. One Pen and Ink Drawing by Vincent Van Gogh, et al.*, CV 16-5366-DSF (PLAx) (DN 66), addressing, among other things, the potential impact that an entry of default could have on claimants in the related, pending 1MDB cases, and the possibility that default judgment could lead to inconsistent judgments in these cases, all of which are currently stayed pursuant to 18 U.S.C § 981(g)(1) and/or the subject of settlement discussions.  The government will file the next status report in 180 days or until a motion for a final order of forfeiture is filed.

DATED: October 17, 2025

Respectfully submitted,

MARGARET A. MOESER
Chief, Money Laundering and
Asset Recovery Section (MLARS)

*/s/ Jonathan Baum*
BARBARA Y. LEVY
JOSHUA L. SOHN
JONATHAN BAUM
Trial Attorneys, MLARS

Attorneys for Plaintiff
UNITED STATES OF AMERICA